JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SLIDING DOOR COMPANY, a California Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KLS DOORS, LLC, a California Limited Liability Company; COX U.S.A., a division of KLS DOORS, LLC,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: EDCV 5:13-cv-00196-JGB-DTB<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

1     The Court, having considered the Stipulation to Dismiss the Action, good
2 cause appearing, IT IS HEREBY ORDERED that the Court shall retain
3 jurisdiction to enforce the settlement agreement executed between the parties.
4     IT IS FURTHER ORDERED that all and any of Plaintiff's claims against
5 Defendants are dismissed with prejudice.
6     IT IS FURTHER ORDERED that all and any of Defendants' counterclaims
7 against Plaintiff are dismissed with prejudice.
8     IT IS FURTHER ORDERED that all parties shall bear their own attorneys'
9 fees and costs.
10     IT IS SO ORDERED.

12 DATED: July 9, 2014

_____
The Honorable Jesus G. Bernal
United States District Judge

70340.1